IN THE UNITED STATE DISTRICT COURT FOR THE  DISTRICT OF DELAWARE

BENEFICIARIES
*Correspondent(s)*

C.A. NO.      1 7 - 1 3 2 6

V

MUNICIPAL CORPORATION
COUNTY OF NEW CASTLE
*Respondent(s)*

### *MEMORIAL FOR DECLARATORY JUDGMENT*

### **Matter of Interest to Note**

Pursuant to violations of the Foreign Corrupt Practices Act, RICO

Act; False Claims Act, White Collar Crime; and many other provisions

covering similar fraud; Identity theft; False Identification and abuse,

Correspondent(s) move the court for a Declaratory Judgment or Decree and

Declaratory Relief involving Correspondent(s) SECURED rights which are

and have been restraint by Respondent's COVET ACTS.

**JURISDICTION:**

This Court has Jurisdiction over Patents and subject matter pursuant to

U.S.C. 28 section 2201, and the Uniform Declaratory Judgments Act.

Correspondence(s), as beneficial owner (s); AND heir to SURNAME

firm discount house, do hereby claim secure interest in all secured

2017 SEP 19  AM 11:00

transactions pertaining to SURNAME firm discount house per Authorized Letter Patent, Copyright KJV 1611.

Correspondent(s) claims restraint, injury, damage, and loss as a result of/from Respondents' acts.

One chooses by knowledge, to qualify among the re'public, ruling a person by transactions: or chooses by belief, to qualify under democracy, vote for rulers over person by transfer of rights.

Man being the image and likeness of THE ALMIGHTY HOLY SPIRIT, creates a union of things, to unite in a corporate-body, to transact business as an individual corporate town, city, county or state, as collectively one corporate voice: the corporate-body-politic (corporation), also known as a person, be overseen, given rights and duties by an assembly of men as heads of state, to a corporate-body, that legislate for it's members, known as human resources, called citizens, who are subjects, subjected by color of law;

Hu'man beings have no legal rights, only privileges: persons have rights and duties: man has dominion over all persons as designated representative; man being spirit, personhood should be as God, to control sinful body, called hu'man or an assembly of men, who politic, as a

**Page 2**

corporate-body, will place a mindless man hu'man body, among their person for its bills from notes legislated:

By knowledge, all have secured interest among any commercial transaction because of intrinsic value money was suspended by securities & exchange act of 1933: All take face value of instruments, aka promissory note, bonds, warrants, pay check, etc, and not the whole intrinsic value, which is placed in an reserve account to remit at a latter date; issued through utility, mortgage, car, (etc) state-ment by annexed detachable coupon as payable interest from taking face value as an discount-bank, that must be converted into an electronic check to balance any account to zero. All bills are from exchange act of 1933 and with proper endorsement to transfer payable interest from coupon/check back to issuer of coupon/check to balance bill to zero. One must be economic and manage public finances, for all finances deal with the public treasury. One cannot pay a debt with a debt which federal reserve notes are debt instruments and are (t)he government obligation because of 1933 act.

Federal Reserve Notes is not a United States Dollar (USD) which was silver & gold certificates back by gold or silver. USD no longer circulate in society but are issued privately when a man (female or male) through a commercial bank, creates a bank note/promissory note for USD which get

swapped to Federal Reserve note, which balance out the trade to zero: therefore no loan be ever given, because no intrinsic value from lawful money was exchanged.

Wherefore, Correspondent(s) are no longer under the corporate veil. Notice and Acknowledgment is hereby given and adopted Correspondent(s) are under the new Covenant of Grace. Man, before leaving this Earth [carnal things] is instructed to possess his vessel; to live in righteousness, sanctification and honor.

Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered not in yourselves, and them that were entering in ye hindered.

**CLAIM FOR RELIEF NOW THEREFORE:**

1.      For the fact, that Correspondent(s) comprehend to be personable in lieu of personal to an natural (idiot) person (JOHN DOE) as borrower or organization (DOE, JOHN) as assignor and discount bank, Correspondent(s) require the records to all private corporate body politics within the United States of America State to be correct pertaining to true beneficial owners to full faith and credit certificate to bind United States to all commercial transactions by or through U.S. Central Bank, ACH Federal Reserve system.

2.   For the fact, that, all credit money be backed by (t)he full faith & credit, certificate to bear of (t)he united states as opposed to hard currency or gold/silver, Correspondent(s) comprehend fiduciary duty to discharge all debit/debt by proper endorsement.

3.   For the facts, typed above, including the fact that, parties exchanged reciprocal credits, involving money of account and not money of exchange: wherefore, no lawful money of intrinsic value ever be disbursed in commercial transaction, only a swap of credit, which cancel each other out, bringing balance to zero:

4.   Correspondent(s) Demands A Declaration and Decree Pertaining to: Duties and Rights associated with the operation of the Agency: as Sole Beneficial Owners, by Certification to Bear assets (INSTRUMENTS) owned through a natural person or SUR-LAST NAME organization, pertaining to it cost or fair market AND intrinsic value, HAVING ability to enforce claims against others.

SEE ATTACHED:

CORRESPONDENTS AUTOGRAPH - FORM:  MO2017

***THE GREAT CHARTER, THE SAID (AUTHORIZED KJV) Letters Patents is EXPRESSED.***

Because he hath appointed a day, in which he will judge the world in righteousness by that man whom he hath ordained; whereof he hath given assurance unto all men, in that he hath raised him from the dead. - Acts 17:31 KJV

For thus saith the LORD, Ye have sold yourselves for nought; and ye shall be redeemed without money. – Isa 52:3

Form-REV/2017 MO       CORRESPONDENTS V MUNICIPAL CORPORATION  C.A. NO._____

| MR. LAST NAME | GIVING NAME | STATE | REGISTRAR FILE NUMBER |
|---|---|---|---|
| Howard | Stanley | Commonwealth of Pennsylvania | 118221-1969 |
| Howard | Vanessa | Delaware | 0306926 |
| Rucker-Howard | Margo.ta | Commonwealth of Pennsylvania | |
| Rocker-Howard | Margo.se | Commonwealth of Pennsylvania | 106874-1994 |
| Permenter | Sirena | Commonwealth of Pennsylvania | 087769-1968 |
| Permenter | Omar | | 9909785 |
| Johnson | January | Commonwealth Pennsylvania | 1504860-88 |
| Savage | Paul | Commonwealth Pennsylvania | 092-684-1960 |
| Benefield | eric | COMMONWEALTH OF Pennsylvania | 010714-1985 |
| Young | JOHNNY | COMMONWEALTH OF PENNSYLVANIA | 070323-1962 |
| Smith | Donna | Commonwealth of Pennsylvania | 0569980-1959 |
| Bantum | Jemill | Commonwealth of Pennsylvania | 184621-1967 |
| Bantum | MEKHI | Commonwealth of Pennsylvania | 039756-2011 |
| Martin | John | Commonwealth of PENNSYLVANIA | 696865-1959 |
| Martin | KAREN | Commonwealth of PENNSYLVANIA | 144226-1964 |
| Martin | SkylERR | Commonwealth of PENNSYLVANIA | 086699-2010 |
| Bantum | Jonathan Michael | Commonwealth of Pennsylvania | 1379690-1992 |

1

Form-REV/2017 MO          CORRESPONDENTS V MUNICIPAL CORPORATION  C.A. NO._____

| | | | |
|---|---|---|---|
| Bantum | James | Common Wealth Of Pennsylvaina | 0588760-66 |
| Hawkins-Bantum | Tiffany | Commonwealth of Pennsylvana | 1590620-87 |
| Bantum-Phillips | CamilLA | Commonwealth of Pennsylvania | 1154200-1995 |
| Hyland | Durran | Delaware | 780 3922 |
| McDaniel | Brittney | Delaware Commonwealth | 107-88-008467 |
| El-Bey | Kahlil | of Pennsylvania | 030254-1971 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2